# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  Case No. 3:06 cr 268 (PCD)
   Case No. 3:07 cr 117 (PCD)

RICHARD ORTIZ

## ORDER TO SHOW CAUSE

The Defendant, Richard Ortiz, moves for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense in accordance with 18 U.S.C. §3582 in the above-captioned cases.

It is hereby ORDERED, that the Government show cause on or before January 5, 2009, as to why defendant's sentence should not be reduced.

SO ORDERED.

Dated at New Haven, Connecticut, December 2, 2008.

/s/
Peter C. Dorsey Senior
United States District Judge